

No. 80–5724. DUNCAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80–5728. SAUNDERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 80–5729. CORNWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 80–5730. FRANK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 80–418. UNITED BUSINESS COMMUNICATIONS, INC. *v.* MILGO ELECTRONIC CORP. C. A. 10th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 80–530. HUDSON *v.* INTERNATIONAL BUSINESS MACHINES CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 80–565. HEYL, AS PERSONAL REPRESENTATIVE OF ZIMMERMAN'S ESTATE AND AS GUARDIAN *v.* CARNIVAL CRUISE LINES, INC. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. 

No. 80–582. ZACHARY ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition. 

No. 80–691. ARKANSAS *v.* HAYNES. Sup. Ct. Ark. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BLACKMUN would grant certiorari.